IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02125-BNB

JULIUS JONES,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

## ORDER DRAWING CASE

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be placed on the AP docket. Accordingly, it is

    ORDERED that this case shall be placed on the AP docket.

    DATED August 14, 2012, at Denver, Colorado.

                                    BY THE COURT:

                                    *s/Craig B. Shaffer*
                                    United States Magistrate Judge