**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  12-cv-02125-WJM

JULIUS JONES,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

      Defendant.[1]

_____

FINAL JUDGMENT

_____

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order

Reversing Administrative Law Judge's Decision And Remanding To The Commissioner

for Rehearing, entered by the Honorable William J. Martínez, United States District

Judge, on August 27, 2013,

      IT IS ORDERED that the Commissioner's decision is REVERSED and this case

is REMANDED to the Commissioner for rehearing.

      DATED at Denver, Colorado this  29th  day of August, 2013.

                          FOR THE COURT:

                          JEFFREY P. COLWELL, CLERK

                          By: s/ Edward P. Butler
                          Edward P. Butler, Deputy Clerk

---

      [1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013 has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the defendant in this suit.