# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 12-cv-2125-WJM

JULIUS JONES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This matter is before the Court on the Parties' Stipulated Motion for Attorney Fees Under the Equal Access to Justice Act, filed November 25, 2013 (ECF No. 22). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

1. The Parties' Stipulated Motion is GRANTED. Defendant shall pay Plaintiff a total of $5,500.00 in fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is WITHOUT PREJUDICE to Plaintiff's right to seek attorney's fees under section 206(b) of the Social

Security Act, 42. U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Dated this 26th day of November, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge